UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 17-3088            5:15cv1475 - SL

_____

Filed: September 20, 2017

CHERYL BEANS, Individually and as Administratrix of the Estate of Shane Allen Ryan, deceased

       Plaintiff - Appellant

v.

CITY OF MASSILLON; KATHY CATAZARO-PERRY, Mayor, in her Individual and Official Capacity; WILLIAM C. PEEL, Interim Chief of Police, Massillon Police Department, in his Individual and Official Capacity; PAUL COVERT, Captain, Massillon Police Department, in his Individual and Official Capacity; JASON GREENFIELD, Lieutenant, Massillon Police Department, in his Individual and Official Capacity; DAVID MCCONNELL, Police Officer, Massillon Police Officer, in his Individual and Official Capacity; CITY OF CANTON, OHIO; WILLIAM J. HEALY, II, Mayor, City of Canton, in his Individual and Official Capacity; BRUCE LAWVER, Chief of Police, Canton Police Department, in his Individual and Official Capacity; LISA M. BROUCKER, Police Officer, Canton Police Department, in her Individual and Official Capacity; CHARLES S. SALER, Sergeant, Canton Police Department, in his Individual and Official Capacity; TRAVIS M. PELLEGRINO, Police Officer, Canton Police Department, in his Individual and Official Capacity; DONALD E. MILLER, JR., Police Officer, Canton Police Department, in his Individual and Official Capacity; BRANDON SHACKLE, Police Officer, Canton Police Department, in his Individual and Official Capacity; DAVID DAVIS, Captain, Canton Police Department, in his Individual and Official Capacity

       Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 08/29/2017 the mandate for this case hereby issues today.   Affirmed

COSTS: None